**WO**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Luis Alberto Paladino Jarquin,

Petitioner,

v.

Donald J Trump, et al.,

Respondents.

No. CV-26-00186-PHX-RM (MTM)

**ORDER**

Luis Alberto Paladino Jarquin filed a Petition for Writ of Habeas Corpus under 28 U.S.C § 2241, challenging his immigration detention.  (Doc. 1.)  The Court granted the Petition (Doc. 8), and the Clerk of Court entered a final judgment in favor of Petitioner (Doc. 9).  Currently pending before the Court is Petitioner's Motion for Attorney Fees, in which Petitioner seeks an attorney's fees award of $7,606.64 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 11.)[1]  Respondents did not file a response to the Motion, and the deadline for doing so has expired.

A prevailing party is entitled to a judgment for costs in any civil against brought against the United States or a United States official acting in his or her official capacity.  28 U.S.C. § 2412(a)(1).  In addition, the Court shall award to the prevailing party fees and other expenses "unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust."  *Id.* § 2412(d)(1)(A).

---

[1] The Motion is timely, having been filed within 30 days of final judgment.  *See* 28 U.S.C. § 2412(d)(1)(B).

Here, Petitioner is the prevailing party, Respondents' position was not substantially justified, and no special circumstances make an award unjust.  Furthermore, Respondents have not challenged the reasonableness of Petitioner's fee request.  Under the Local Rules of Civil Procedure, the Court may summarily grant Petitioner's Motion due to Respondents' failure to file a response.  *See* LRCiv 7.2(i).

Accordingly,

**IT IS ORDERED** that Petitioner's Motion for Attorney Fees (Doc. 11) is **granted**. Petitioner is awarded $7,606.64 in attorney's fees, expenses, and costs under the Equal Access to Justice Act.  The Government is ordered to pay the $7,606.64 award by check made out to and delivered to Petitioner's attorney at SDS Law LLC, 1470 NW 107 Ave., Suite D, Miami, FL 33172.

Dated this 2nd day of April, 2026.

_____
Honorable Rosemary Márquez
United States District Judge

- 2 -